**Rochester HOLMES, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
**Respondent.**

No. 2014–3127.

United States Court of Appeals,
Federal Circuit.

July 1, 2014.

Rochester Holmes, Antioch, TN, pro se.

**966**

Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice, Washington, DC, for Respondent.

## ON MOTION

### ORDER

Rochester Holmes moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.